1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN MATTHEW MONGER,                        No.  2:13-cv-1242 CKD P

12                    Plaintiff,

13          v.                                       ORDER

14    GARY SWARTHOUT, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19    required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity

20    either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to

21    submit the appropriate filing fee.

22          In accordance with the above, IT IS HEREBY ORDERED that:

23          1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

25    the appropriate filing fee; plaintiff's failure to comply with this order will result in a

26    recommendation that this action be dismissed; and

27    /////

28    /////

                                                    1

1        2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2    Forma Pauperis By a Prisoner.

3    Dated: July 22, 2013

4    _____
    CAROLYN K. DELANEY

5        UNITED STATES MAGISTRATE JUDGE

6

7

8

9    1
    mong1242.3a

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2